AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Whitney, Frank D | 2. Court or Organization<br><br>District Court - WDNC | 3. Date of Report<br><br>7/7/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ✓ Annual   ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>Charles R. Jonas Federal Bldg<br>401 W. Trade St., Room 195<br>Charlotte, NC 28202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Whitney Properties LLC |
| 2. Power of Attorney | ██████ #1 |
| 3. Executor | Estate #1 |
| 4. Trustee | Trust #1 |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✓ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 JUL -9 A 11: 37 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Whitney, Frank D | 7/7/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Self-employed kitchen designer |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitney, Frank D | 7/7/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Loan on Rental Property #1, Davidson, NC (Part VII, Line 1) | K |
| 2. | Bank of America | Loan on Rental Property #1, Charlotte, NC (Part VII, Line 2) | M |
| 3. | Bank of America | Loan on Rental Property #1, Sunset Beach, NC (Part VII, Line 4) | N |
| 4. | Heirs of Joe B. Spivey and Leola F. Spivey | Loan on Rental Property #2 & #3, Sunset Beach, NC (Part VII, Lines 5 & 6) | K |
| 5. | Bank of America | Loan on Rental Property #2, Charlotte, NC (Part VII, Line 7) | None |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitney, Frank D | 7/7/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Rental Property #1, Davidson, NC | D | Rent | N | W | | | | | |
| 2. Rental Property #1, Charlotte, NC | D | Rent | N | W | | | | | |
| 3. Whitney Properties, LLC: | A | None | O | W | | | | | |
| 4. - Rental Property #1, Sunset Beach, NC | E | Rent | P1 | W | | | | | |
| 5. - Rental Propety #2, Sunset Beach, NC | E | Rent | O | W | | | | | |
| 6. - Rental Property #3, Sunset Beach, NC | E | Rent | O | W | | | | | |
| 7. - Rental Property #2, Charlotte, NC | D | Rent | | W | Sold | 1/24 | N | G | Patrick J. Ryan |
| 8. - Rental Property #3, Charlotte, NC | D | Rent | | W | Sold | 12/19 | L | E | Baxter and Janet.Smith |
| 9. - Bank of America business accounts (Whitney Prop LLC) | A | Interest | K | T | | | | | |
| 10. Carolina Panthers Permanent Seat License | | None | J | W | | | | | |
| 11. Co-author book, Lexis-Nexis, Newark, NJ (no inc since2002) | | None | J | W | | | | | |
| 12. Banc of Amerca Investment Security Money Manager Account | A | Interest | J | T | | | | | |
| 13. Bank of America savings/checking accts -inc ███████ | A | Interest | L | T | | | | | |
| 14. TSB Holdings Common (Formerly Scottish Bank), Charlotte, NC | A | Dividend | | W | Sold | 8/7 | J | D | Over the Counter by broker |
| 15. Belk Corp Common Stock, Charlotte, NC | A | Dividend | J | W | | | | | |
| 16. BB&T Equty Index Fund | B | Dividend | K | T | | | | | |
| 17. BB&T Prime Fund | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,000 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitney, Frank D | 7/7/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VI.     Liabilities Continued

    6. Bank of America     Loan on Rental Property #3, Charlotte, NC (Part VII, Line 8)     None

VII. Investments and Trusts Continued

| A | B1 | B2 | C1 | C2 | D1 | D2 | D3 | D4 |
|---|---|---|---|---|---|---|---|---|
| 18. United Parcel Service Class B | A | Dividend | J | T | | | | |
| 19. Fidelity Dividend Growth | B | Dividend | K | T | | | | |
| 20. Standard & Poors DEP RCPTS (SPY) | D | Dividend | G | T | | | | |
| 21. US Payroll Savings Bonds | | None | J | T | | | | |
| 22. Promissory Note Payable from Paul A. Citron | | None | J | T | | | | |
| 23. Trust #1: | | | | | | | | |
| 24. - Standard & Poors DEP RCPTS (SPY) | A | Dividend | L | F | Bought as Trustee | 5/22 | F | |
| 25. - Bank of America Trust Checking Acc | | None | J | T | Opened as Trustee | 7/20 | J | |
| 26. Estate #1: | | | | | | | | |
| 27. - Duke Energy Common Stock | A | Dividend | | T | Sold as Estate Executor | 2/26 | J | C |
| 28. - Comcast Corp New Class | A | Dividend | | T | Sold as Estate Executor | 2/26 | J | C |
| 29. - Exxon Mobile Common Stock | A | Dividend | | T | Sold as Estate Executor | 2/26 | K | D |
| 30. - First Charter Corp. | A | Dividend | | T | Sold as Estate Executor | 2/26 | J | C |
| 31. - Lucent Technologies Inc | A | Dividend | | T | Sold as Estate Executor | 2/26 | J | C |
| 32. - Verizon Communications | A | Dividend | | T | Sold as Estate Executor | 2/26 | J | C |
| 33. - Franklin Income FD Class C | A | Dividend | | T | Sold as Estate Executor | 2/26 | J | C |
| 34. - Bank of America Corp | A | Dividend | | T | Sold as Estate Executor | 2/26 | J | C |
| 35. - Boeing Corp | A | Dividend | | T | Sold as Estate Executor | 2/26 | J | C |
| 36. - Bristol Myers Squibb Co. | A | Dividend | | T | Sold as Estate Executor | 2/26 | J | C |
| 37. - Intel Corp. | A | Dividend | | T | Sold as Estate Executor | 2/26 | J | C |
| 38. - Southwest Airlines Co. | A | Dividend | | T | Sold as Estate Executor | 2/26 | J | C |
| 39. - Suntrust Banks Inc. | A | Dividend | | T | Sold as Estate Executor | 2/26 | J | C |
| 40. - Capital Income Bldr FD Class C | A | Dividend | | T | Sold as Estate Executor | 2/26 | J | C |
| 41. - Bank of America Estate Checking Acc | A | None | J | T | | | | |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALS ECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544